AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
| v. | ) Case: 1:21-mj-00100 |
| | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/17/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |

This criminal complaint is based on these facts:

❒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/17/2021

_____
*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*