**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No:   1:21-mj-00100 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **RASHA N. ABUAL-RAGHEB,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby moves to the Court to unseal the arrest warrant, the statement of facts, and the redacted version of the complaint, in the above captioned matter.   Pursuant to the Court's Order issued on January 17, 2021, such documents were sealed up until the arrest warrant was executed, which took place earlier today (January 19, 2021).

A proposed Order is attached.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

by:   _____/s/_____
Michael C. Liebman
D.C. Bar No. 479562
Assistant United States Attorney
555 4th Street, N.W., room 9106
Washington, D.C. 20530
(202) 252-7243
(202) 353-9415 (fax)
michael.liebman@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No:  1-21-mj-00100 |
| | : | |
| **v.** | : | |
| | : | |
| **RASHA ABUAL-RAGHEB,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## ORDER

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the complaint (redacted), the statement of facts, and the arrest warrant in this matter are UNSEALED.  The Clerk of the Court is directed to file those documents on the public record.

Date:  _____

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE