IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No:  1-21-mj-00100 |
| v. | : | |
| **RASHA ABUAL-RAGHEB,** | : | |
| **Defendant.** | : | |

## ORDER

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the complaint (redacted), the statement of facts, and the arrest warrant in this matter are UNSEALED.  The Clerk of the Court is directed to file those documents on the public record.

Date: _____

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE