# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.           : | No. 1:21-cr-00043-CJN |
| : | |
| **RASHA N. ABUAL-RAGHEB,** : | |
| : | |
| Defendant.     : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

A proposed order is attached.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

by:         /s/ *Michael C. Liebman*
Michael C. Liebman
Assistant U.S. Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.   20001
252-7243
353-9415 (fax)
michael.liebman@usdoj.gov