UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | No. 1:21-cr-00043-CJN |
| : | |
| RASHA ABUAL-RAGHEB, : | |
| : | |
| Defendant.   : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER THAT ADDRESSES COURT'S CONCERNS ABOUT FILINGS UNDER SEAL**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby moves for entry of a protective order that addresses the Court's concern, expressed in a recent minute order denying a previous unopposed motion for a protective order, about sealed filings. Counsel for the defense has advised that the defense does not oppose this motion or the proposed protective order, which is attached here.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        Acting United States Attorney
                        D.C. Bar No. 415793

by:      /s/    *Michael C. Liebman*
          Michael C. Liebman
          Assistant United States Attorney
          D.C. Bar No. 479562
          555 4th Street, N.W., room 9106
          Washington, D.C.  20001
          (202) 252-7243
          (202) 353-9415 (fax)
          michael.liebman@usdoj.gov