CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         )
                                 )
        vs.                      )        Criminal Case No.: _____
                                 )
                                 )
                                 )
                                 )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*/s/Michael C. Liebman*

Assistant United States attorney

Approved:

_____          Date: _____