### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:21-cr-00043-CJN |
| v. : | |
| : | The Hon. Carl J. Nichols, J. |
| : | |
| RASHA ABUAL-RAGHEB, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby moves to continue the sentencing in this matter currently scheduled for November 9, 2021, to November 23, 2021, at 3 p.m. The assigned attorney for the government recently had a start date in a trial re-scheduled from October 18 to October 28, 2021. Given that the trial is estimated to last three weeks, the government is no longer available for a November 9 sentencing in the matter captioned above. The Court's deputy courtroom clerk has advised that the Court is available for a sentencing hearing in this matter on the afternoon of November 23. Counsel for the defendant has similarly advised that she is available and that the defense does not oppose this motion.

A proposed Order is attached.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

by:    /s/*Michael C. Liebman*
        Michael C. Liebman
        D.C. Bar no. 479562
        Assistant United States Attorney
        555 4th Street, N.W. room 9106
        Washington, D.C. 20001
        252-7243
        353-9415 (fax)
        michael.liebman@usdoj.gov