**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:21-cr-00043-CJN |
| v.        : | |
| : | The Hon. Carl J. Nichols, J. |
| : | |
| **RASHA ABUAL-RAGHEB,**   : | |
| : | |
| **Defendant.**   : | |

**O R D E R**

Upon the unopposed motion of the government, and for good cause shown, it is hereby ORDERED that the sentencing date of November 9, 2021 is vacated and that sentencing is rescheduled for November 23, 2021, at 3 p.m., and is to be conducted via video teleconference.

SO ORDERED.

Date: _____      _____
                                                                                                Carl J. Nichols, U.S. District Judge