EXHIBIT E





