EXHIBIT F



