EXHIBIT G



Rasha Abualraghrb



* indicates a required field

The online look up will not work if the name entered does not exactly match the county record.
- Does the last name have a hyphen or space? McDonald may be entered by the county as Mc Donald.
- Was there a hyphen added or last name changed due to marriage?
- The online look up may not work if a middle initial is used to search and the county doesn't have a middle name on the registration.
- Nicknames won't match: Kate won't match Katherine, Jim won't match James, etc.



2:38

AA    voter.svrs.nj.gov

OFFICIAL SITE OF THE STATE OF NEW JERSEY

Translate | Search

**NJ Division of Elections**

**< Voter Search**

My Voter Information

# Search Results

If you're having trouble finding your voter record, your current status is Inactive, or you have any questions, please contact your County Commissioner of Registration here.

No results found.



Elita C. Amato, Esq.

, VA 22201

Amatoatlaw.com