THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____          )
                                        )
                                        )
UNITED STATES OF AMERICA                )
                                        )
                                        )
     v.                                 )     1:21-cr-00043 (CJN)
                                        )
RASHA ABUAL-RAGHEB                      )
                                        )
_____          )

## MOTION TO FILE UNDER SEAL

Rasha Abual-Ragheb, through undersigned counsel, respectfully moves this Court for permission to file under seal her supplemental pleading. The pleading contains additional information relevant for sentencing of a sensitive nature.

Respectfully submitted,

ELITA C. AMATO

/s/

_____

Elita C. Amato, Esq.
2111 Wilson Blvd.,
    8th Floor
Arlington, VA  22201
Tele:  703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Reply pleading was served on government counsel, Michael Liebman, Esq., on this 4th day of November 2021, via the ECF system.

           /s/
       Elita C. Amato