THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>) |
| v. | ) 1:21-cr-00043 (CJN) |
| RASHA ABUAL-RAGHEB | )<br>)<br>)<br>) |

Upon consideration of Rasha Abual-Ragheb's Motion to File Under Seal, there being good cause shown, it is, hereby

**ORDERED** that defendant Rasha Abual-Ragheb's motion is granted; and it is further

**ORDERED** that Sealed Supplement may be filed under seal.

Dated: _____ day of November, 2021.

_____
CARL J. NICHOLS
United States District Judge