THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | 1:21-cr-00043 (CJN) |
| RASHA ABUAL-RAGHEB ) | |

## NOTICE OF FILING EXHIBIT

Rasha Abual-Ragheb, through counsel files the attached letter to the Court expressing her remorse for her actions on January 6, 2021.

Respectfully submitted,

OFFICES OF ELITA C. AMATO

/s/
Elita C. Amato, Esq.
2111 Wilson Blvd.
8th Floor
Arlington, VA  22201
Tele:  703-522-5900

### CERTIFICATE OF SERVICE

I hereby certified that this Notice was filed through the ECF system notifying and providing service to government counsel Michael C. Liebman, Esq., on this 17th day of November 2021.

/s/
_____
Elita C. Amato