Rasha Abualraghrb <██████████████.com>
Fri 11/12/2021 2:19 PM

Your Honor I would like to start by apologizing to you and everyone who got affected on the horrific day January 6, my intention of attending January 6 event was not to overturn the government or cause any harm and damages, I went to see a leader and the capital for the first time.  And i register to vote for the first time 2020, my vote never counted.  I wish if nothing bad happens on that day! I'm sorry regarding my actions even though was only taking a picture, I'm sorry for every law enforcement officer who had to witness what happened that day, if I know the event will turn to be that way I would never attend it, that day also affected my whole life and kids. I had to get my kids out of school because they were getting bullied , I have been living in fear not knowing what my kids future is.   The only thing I have are my kids! My kids have no one but god and me . You're Honor I've been harassed, called neo-Nazi white Supremacist. Can't get job. I lost even the feeling of getting sleep . I miss the bubble that I was in for the longest time ever, your honor if you give me another chance I wanna get my kids to a secure and save place. Fight to get a job because it's been so hard for me to get a job, your Honor I never had any problem with the justice system before and I promise you never gonna see me or my name in any, I'm not saying I'm perfect, but I'm not a bad person I love this country, I will give my blood to this country without any question.  God bless you and God bless the greatest country in the world.