UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:21-cr-00043-CJN |
| | : | |
| **RASHA ABUAL-RAGHEB,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S SUBMISSION OF EXHIBITS TO BE USED AT SENTENCING

The United States of America, by and through the United States Attorney for the District of Columbia, hereby submits the documents and images it intends to offer as exhibits in the sentencing in this matter. The government also intends to offer as exhibits video and audio-video files at sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

by:        /s/      *Michael C. Liebman*
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 4th Street, N.W., room 9106
Washington, D.C.  20001
(202) 252-7243
(202) 353-9415 (fax)
michael.liebman@usdoj.gov