Case 1:21-cr-00043-CJN Document 56-05 Filed 11/21/21 Page 1 of 11

**Author** Rasha Abu (Facebook: 100030558050242)
**Sent** 2020-11-05 05:29:18 UTC
**Body** I'm a women with 3 kids! And I made it to every Rally!! No way NJ count all the votes! My vote still not Coumt! Every Rally In NJ were getting thousands!!!! Rise up! You want to keep your greed your gun your family! Then stand up! I won't stop ! They have to kill me!!! To remove me! Share it! It's not time for brainwashed people oh we don't like trump! Trump supporters already planning on taking the streets!we all need to be one hand !!

**Time** 2020-12-21 14:51:29 UTC
**Type** Comments
**Summary** Rasha Abu commented on a post from December 21, 2020. `Best president ever, we will not standby, we will not give up, as Democrats scared from the riots, will guess what we are 74 million American that they won't shut up we will take the street 1776 again`
**Object Id** S:_l100030558050242:2832569667013673:123

**Author** Rasha Abu (Facebook: 100030558050242)
**Sent** 2020-12-28 00:13:57 UTC
**Body** Yeah bring your own guns if you will stay there by yourself there's no one with you from us, do you think BLM coming with no weapons? I'm bringing with me some toys also

**Author** Rasha Abu (Facebook: 100030558050242)
**Sent** 2021-01-03 23:46:08 UTC
**Body** I'm bringing paper spray, knife and a small toy for protection.. and the boys
They always watch over us especially me because when I'm in the middle I don't care I just go and start attacking BLM if they say anything

**Time** 2021-01-04 14:57:19 UTC
**Type** Comments
**Summary** Rasha Abu commented on a post from January 4. `No it's 3events `
**Object Id** S:_l100030558050242:456851358829220:51

Event 3: Jan 6: 1pm, Capitol Building. More info: WildProtest.com

**Time** 2021-01-05 03:16:50 UTC
**Type** Comments
**Summary** Rasha Abu commented on a post from January 4. `It's trump or Civil war 1776 coming

image-873321556831276 (873321556831276)
**Type** image/jpeg
**Size** 1121914
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-0/p600x600/136135747_873321560164609_459846 1822118768150_n.jpg?ccb=1-3&_nc_sid=73a6 a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa WVudC9wbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n c_ad=z-m&_nc_cid=0&_nc_ht=interncache-nao &tp=6&oh=20443956efdc0ee5970c5d882d374 ca6&oe=60B86088



**Photo ID** 873321556831276

**Posted** 2021-01-07 00:34:03 UTC
**Status** Just left Dc... I got tear gas, paper spray!!! But I was part of the history. We the people won't take it anymore. Antifa were between us, i and other MAGA people told Dc police, get that Antifa they didn't do anything. He had black metal chair... The police would order to use full force on us from the beginning when we start marching to the capital, the use teargas and pepper spray and rubber bullet, they shot the woman that was standing peacefully without a a weapon, they hit women's, kids. They hit people with the pat metal one

**Author** Rasha Abu (Facebook: 100030558050242)
**Sent** 2021-01-09 16:04:11 UTC
**Body** We've been saying this for long time, I guess and I believe after being in DC and a witness it the people are more angry Civil War is coming and I will be happy to be a part of it

To: +19085787600 Ken Trump
To: +19085787600 Ken Trump

**Attachments:**



Size: 5302203
File name: -5071000901881822220.MP4
-5071000901881822220.MP4

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19085787600 Ken Trump | | | |
| +19085787600 Ken Trump | | | |

**Status:** Sent

1/18/2021 23:42(UTC+0)