THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____        )
                                    )
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
       v.                           )          1:21-cr-00043 (CJN)
                                    )
RASHA ABUAL-RAGHEB                  )
                                    )
_____        )


## MOTION TO PUSH BACK START OF HOME DETENTION

Rasha Abual-Ragheb, through undersigned counsel, respectfully moves this Court to modify the start time of the home detention portion of her probation. She requests the home detention component begin on January 1, 2022, so that she can use the month of December to locate a new residence to move into for safety reasons and so that she can handle her holiday obligations as a mother to her children.

Government counsel, Michael Liebman, Esq., informed undersigned he opposes the modification.

Respectfully submitted,

ELITA C. AMATO

/s/

_____

Elita C. Amato, Esq.
2111 Wilson Blvd.,
         8th Floor
Arlington, VA  22201
Tele:  703-522-5900

## CERTIFICATE OF SERVICE

    I hereby certify that this Reply pleading was served on government counsel, Michael Liebman, Esq., on this 30th day of November 2021, via the ECF system.

        /s/
    Elita C. Amato