# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RASHA ABUAL-RAGHEB ) | 1:21-cr-00043 (CJN) |

Upon consideration of Rasha Abual-Ragheb's Motion to Push Back Start of Home Detention, there being good cause shown, it is, hereby

**ORDERED** that defendant Rasha Abual-Ragheb's motion is granted; and it is further

**ORDERED** that the home detention component of probation shall begin on January 1, 2022.

Dated: _____ day of November, 2021.

_____
CARL J. NICHOLS
United States District Judge