APPEAL,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00043−CJN−1</u>

Case title: USA v. ABUAL−RAGHEB

Magistrate judge case number: 1:21−mj−00100−RMM

Date Filed: 01/28/2021

Assigned to: Judge Carl J. Nichols

**Defendant (1)**

| | |
|---|---|
| **RASHA N. ABUAL−RAGHEB**<br>*also known as*<br>RASHA ABU | represented by **Elita C. Amato**<br>ATTORNEY AT LAW<br>2111 Wilson Blvd.<br>Suite 8th Floor<br>Arlington, VA 22201<br>703−522−5900<br>Fax: 703−997−7775<br>Email: <u>amato.law@comcast.net</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building<br>(1) | Dismissed on motion by the Government. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building<br>(2) | Dismissed on motion by the Government. |
| 40:5104(e)(2)(D); FEDERAL STATUTES, OTHER; Violent Entry and Disorderly Conduct in a Capitol Building<br>(3) | Dismissed on motion by the Government. |
| 40:5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a | Defendant Sentenced to Thirty−Six (36) Months of Probation (with conditions). Defendant further Ordered to pay $500.00 Restitution and $10.00 |

Capitol Building (4)

Special Assessment. No fine imposed.

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

COMPLAINT in VIOLATION of 18 U.S.C. § 1752 (a)(1), (2); 40 U.S.C. § 5104(e)(2)(D), (G)

**Disposition**

**Plaintiff**

**USA** represented by **Michael Charles Liebman**
U. S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 9106
Washington, DC 20530
(202) 252–7243
Fax: (202) 353–9415
Email: michael.liebman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/17/2021 | 1 | | SEALED COMPLAINT as to RASHA N. ABUAL–RAGHEB (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/17/2021 | 3 | | MOTION to Seal Case by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/17/2021 | 4 | | ORDER granting 3 Motion to Seal Case as to RASHA N. ABUAL–RAGHEB (1). Signed by Magistrate Judge Robin M. Meriweather on 1/17/2021. (zltp) [1:21–mj–00100–RMM] (Entered: 01/17/2021) |
| 01/19/2021 | 5 | | MOTION to Unseal Case by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00100–RMM] |

| | | |
|---|---|---|
| | | (Entered: 01/19/2021) |
| 01/19/2021 | | Arrest of RASHA N. ABUAL–RAGHEB in District of New Jersey. (zpt) (Entered: 02/01/2021) |
| 01/19/2021 | | Arrest of RASHA N. ABUAL–RAGHEB in US District Court for the District of New Jersey. (bb) (Entered: 02/11/2021) |
| 01/20/2021 | 13 | Rule 5(c)(3) Documents Received as to RASHA N. ABUAL–RAGHEB from US District Court for the District of New Jersey Case Number 21–mj–12003–JBC (bb) (Entered: 02/11/2021) |
| 01/21/2021 | 6 | ORDER Granting 5 MOTION to Unseal Case by USA as to RASHA N. ABUAL–RAGHEB (1). Signed by Magistrate Judge G. Michael Harvey on 1/21/2021. (zpt) [1:21–mj–00100–RMM] (Entered: 01/21/2021) |
| 01/21/2021 | | Case unsealed as to RASHA N. ABUAL–RAGHEB (bb) [1:21–mj–00100–RMM] (Entered: 01/21/2021) |
| 01/25/2021 | 10 | Arrest Warrant Returned Executed on 1/25/2021 as to RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | | ORAL MOTION to Appoint Counsel by RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | | ORAL MOTION for Speedy Trial Waiver by RASHA N. ABUAL–RAGHEB. (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to RASHA N. ABUAL–RAGHEB (1) held on 1/25/2021. Oral Motion to Appoint Counsel by RASHA N. ABUAL–RAGHEB (1) Heard and Granted. Oral Motion for Speedy Trial Waiver by RASHA N. ABUAL–RAGHEB (1) Time between 1/25/2021 and 2/22/2021 (28 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X–T. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR–Gold FTR Time Frame: CTRM 5 [3:54:21–4:06:32], [4:49:54–4:57:24]; ; Defense Attorney: Elita Amato; US Attorney: Kelly Smith; Pretrial Officer: Andre Sidbury; (zpt) (Entered: 02/01/2021) |
| 01/25/2021 | 11 | ORDER Setting Conditions of Release as to RASHA N. ABUAL–RAGHEB (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 1/25/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 02/08/2021) |
| 01/25/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/25/2021. (zpt) (Entered: 02/09/2021) |
| 01/28/2021 | 8 | INFORMATION as to RASHA N. ABUAL–RAGHEB (1) count(s) 1, 2, 3, 4. (zstd) (Entered: 02/01/2021) |
| 02/18/2021 | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB: Arraignment / Status Conference set for 2/22/2021 at 02:30 PM in Telephonic/VTC before Judge Carl |

| | | | |
|---|---|---|---|
| | | | J. Nichols. So Ordered by Judge Carl J. Nichols on 2/18/2021. (zcal) (Entered: 02/18/2021) |
| 02/19/2021 | | | MINUTE ORDER as to RASHA N. ABUAL−RAGHEB (1) In light of the fact that Magistrate Case for defendant RASHA N. ABUAL−RAGHEB has closed and merged into Criminal Number 21−43, and an information has been filed, the preliminary hearing previously scheduled for February 22, 2021 before Judge Meriweather is VACATED. The parties are respectfully directed to address any scheduling request to the presiding district judge, Judge Carl J. Nichols. Signed by Magistrate Judge Robin M. Meriweather on 2/19/2021. (zpt) (Entered: 02/22/2021) |
| 02/22/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference / Arraignment as to RASHA N. ABUAL−RAGHEB (1): Count 1,2,3,4 held on 2/22/2021. Not Guilty Plea entered. Speedy Trial as to RASHA N. ABUAL−RAGHEB is Excluded from 2/22/2021 to 4/27/2021, in the Interest of Justice. Status Conference set for 4/27/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 02/22/2021) |
| 03/25/2021 | 15 | | Unopposed MOTION for Protective Order by USA as to RASHA N. ABUAL−RAGHEB. (Attachments: # 1 Text of Proposed Order)(Liebman, Michael) (Entered: 03/25/2021) |
| 04/26/2021 | | | MINUTE ORDER. After review of the government's 15 Motion for Protective Order, it is hereby ORDERED that the Motion is DENIED without prejudice. While the Court is otherwise prepared to approve the proposed Protective Order, paragraph 4.d, for the filing of documents under seal, appears to be inconsistent with Local Rule of Criminal Procedure 49(f)(6)(i), which requires an accompanying motion for leave to file under seal. Signed by Judge Carl J. Nichols on April 26, 2021. (lccjn1) (Entered: 04/26/2021) |
| 04/27/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL−RAGHEB held on 4/27/2021. Speedy Trial as to RASHA N. ABUAL−RAGHEB is Excluded from 4/27/2021 to 6/28/2021, in the Interest of Justice, XT. Status Conference set for 6/28/2021 at 02:30 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 04/27/2021) |
| 04/28/2021 | 17 | | Consent MOTION for Protective Order *(amended) governing discovery* by USA as to RASHA N. ABUAL−RAGHEB. (Attachments: # 1 Text of Proposed Order governing discovery)(Liebman, Michael) (Entered: 04/28/2021) |
| 06/24/2021 | 18 | | PROTECTIVE ORDER. Signed by Judge Carl J. Nichols on June 24, 2021. (lccjn1) (Entered: 06/24/2021) |
| 06/28/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL−RAGHEB held on 6/28/2021. Speedy Trial as to RASHA N. ABUAL−RAGHEB is Excluded from 6/28/2021 to 8/11/2021, in the Interest of Justice, XT. Status Conference set for 8/11/2021 at 02:30 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lisa |

| | | |
|---|---|---|
| | | Bankins; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 06/28/2021) |
| 08/11/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to RASHA N. ABUAL–RAGHEB held on 8/11/2021. Speedy Trial as to RASHA N. ABUAL–RAGHEB is Excluded from 8/11/2021 to 8/23/2021, in the Interest of Justice, XT. Plea Agreement Hearing set for 8/23/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 08/11/2021) |
| 08/23/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Plea Agreement Hearing as to RASHA N. ABUAL–RAGHEB held on 8/23/2021. GUILTY Plea entered by RASHA N. ABUAL–RAGHEB (1) as to Count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to RASHA N. ABUAL–RAGHEB. Sentencing Memorandum due by 11/2/2021. Sentencing set for 11/9/2021 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 22 | PLEA AGREEMENT as to RASHA N. ABUAL–RAGHEB. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 23 | STATEMENT OF OFFENSE by USA as to RASHA N. ABUAL–RAGHEB. (zcal) (Entered: 08/23/2021) |
| 08/23/2021 | 24 | WAIVER of Trial by Jury as to RASHA N. ABUAL–RAGHEB. Approved by Judge Carl J. Nichols on 8/23/2021. (zcal) (Entered: 08/25/2021) |
| 09/24/2021 | 25 | Unopposed MOTION to Continue *sentencing* by USA as to RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Liebman, Michael) (Entered: 09/24/2021) |
| 09/27/2021 | | MINUTE ORDER. Upon consideration of the United States' 25 Unopposed Motion to Continue Sentencing, that motion is GRANTED. It is ORDERED that the sentencing date of November 9, 2021, is VACATED and sentencing is rescheduled for November 23, 2021, at 3:00 P.M., and is to be conducted via videoconference. Signed by Judge Carl J. Nichols on September 27, 2021. (lccjn1) (Entered: 09/27/2021) |
| 09/27/2021 | | Set/Reset Hearings as to RASHA N. ABUAL–RAGHEB: Sentencing RESET for 11/23/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 09/28/2021) |
| 10/30/2021 | 27 | SENTENCING MEMORANDUM by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 10/30/2021) |
| 11/02/2021 | 28 | SENTENCING MEMORANDUM by RASHA N. ABUAL–RAGHEB (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Amato, Elita) (Entered: 11/02/2021) |
| 11/04/2021 | 29 | MOTION to File Under Seal by RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Amato, Elita) Modified event title on 11/4/2021 (zstd). (Entered: 11/04/2021) |

| | | | |
|---|---|---|---|
| 11/05/2021 | | | MINUTE ORDER. Upon consideration of Defendant RASHA N. ABUAL–RAGHEB'S 29 Motion to File Under Seal, it is ORDERED that the Motion is GRANTED. It is further ORDERED the Sealed Supplement may be filed under seal. Signed by Judge Carl J. Nichols on November 5, 2021. (lccjn1) (Entered: 11/05/2021) |
| 11/06/2021 | 31 | | NOTICE *of discovery* by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 11/06/2021) |
| 11/06/2021 | 32 | | NOTICE *of discovery* by USA as to RASHA N. ABUAL–RAGHEB (Liebman, Michael) (Entered: 11/06/2021) |
| 11/17/2021 | 35 | | NOTICE *of Filing of Exhibit* by RASHA N. ABUAL–RAGHEB re 28 Sentencing Memorandum (Attachments: # 1 Exhibit)(Amato, Elita) (Entered: 11/17/2021) |
| 11/21/2021 | 36 | | NOTICE *of submission of sentg exhibits* by USA as to RASHA N. ABUAL–RAGHEB (Attachments: # 1 Exhibit sentencing exhibits)(Liebman, Michael) (Entered: 11/21/2021) |
| 11/23/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Sentencing held on 11/23/2021 as to RASHA N. ABUAL–RAGHEB (1). Count 4. Counts 1, 2, 3 Dismissed on motion by the Government. Defendant Sentenced to Thirty–Six (36) Months of Probation (with conditions). Defendant further Ordered to pay $500.00 Restitution and $10.00 Special Assessment. No fine imposed. Bond Status of Defendant: Defendant Sentenced to Probation; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman; Probation Officer: Sherry Baker. (zcal) (Entered: 11/24/2021) |
| 11/30/2021 | 39 | | MOTION to Alter Judgment *–modify start time of home detention* by RASHA N. ABUAL–RAGHEB. (Attachments: # 1 Text of Proposed Order)(Amato, Elita) (Entered: 11/30/2021) |
| 11/30/2021 | 40 | | JUDGMENT as to RASHA N. ABUAL–RAGHEB. Statement of Reasons Not Included. Signed by Judge Carl J. Nichols on 11/30/2021. (zstd) (Entered: 12/01/2021) |
| 11/30/2021 | 41 | | STATEMENT OF REASONS as to RASHA N. ABUAL–RAGHEB re 40 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Carl J. Nichols on 11/30/2021. (zstd) (Entered: 12/01/2021) |
| 12/01/2021 | | | MINUTE ORDER as to RASHA N. ABUAL–RAGHEB: Upon review of the Defendant RASHA N. ABUAL–RAGHEBS 39 Motion to Alter Judgment, it is ORDERED that Motion is DENIED. The Court notes that under the terms of the judgment, Defendant is permitted to seek new housing during home detention. So Ordered by Judge Carl J. Nichols on 12/1/2021. (zcal) (Entered: 12/01/2021) |
| 12/14/2021 | 42 | | NOTICE OF APPEAL – Final Judgment by RASHA N. ABUAL–RAGHEB Fee Status: No Fee Paid. Parties have been notified. (Amato, Elita) (Main Document 42 replaced on 12/15/2021) (zstd). (Entered: 12/14/2021) |

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. __21CR043 (CJN)__
)
RASHA N. ABUAL-RAGHEB )
)

## NOTICE OF APPEAL

Name and address of appellant: Rasha N. Abual-Ragheb

Name and address of appellant's attorney: Elita C. Amato
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201

Offense: 40 USC 5104(e)

Concise statement of judgment or order, giving date, and any sentence:

Judgment Filed on 11/30/2021; 36 months probation, first 2 months home confinement; 60 hours of community service

Name and institution where now confined, if not on bail: on release

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__Dec. 14, 2021__  __Rasha N. Abual-Ragheb__
DATE  APPELLANT

  __Elita C. Amato__
  ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✓]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]

7

# UNITED STATES DISTRICT COURT
### District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Rasha N. Abual-Ragheb | ) | Case Number: CR 21-043 (CJN) |
| | ) | USM Number: 26208-509 |
| | ) | Elita Amato |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    4 of the Information filed 1/28/2021

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 § 5104(e)(2)(G) | FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |

    The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   1-3   ☐ is   ☑ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/23/2021
Date of Imposition of Judgment

/s/ Carl J. Nichols
Signature of Judge

Carl J. Nichols    U.S. District Judge
Name and Title of Judge

11/30/2021
Date

8

DEFENDANT: Rasha N. Abual-Ragheb
CASE NUMBER: CR 21-043 (CJN)

## PROBATION

You are hereby sentenced to probation for a term of:

Thirty-six (36) Months; The first 2 months shall be served as Home Detention.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☑ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: Rasha N. Abual-Ragheb
CASE NUMBER: CR 21-043 (CJN)

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT:   Rasha N. Abual-Ragheb
CASE NUMBER:   CR 21-043 (CJN)

## SPECIAL CONDITIONS OF SUPERVISION

Community Service - You must complete 60 hours of community service within 6 months.  The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

Restitution Obligation - You shall pay the balance of any restitution owed at a rate of no less than $50 each month and provide verification of same to the Probation Office.

Home Detention – In addition to the ordinary conditions of home detention, you are permitted to seek employment and work; seek new housing and move; and provide essential childcare including medical appointments.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
  Sheet 5 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT: Rasha N. Abual-Ragheb
CASE NUMBER: CR 21-043 (CJN)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 10.00 | $ 500.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | | |
| Office of the Chief Financial Officer | | | |
| Attn.: Kathy Sherrill, CPA | | | |
| Ford House Office Building, | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| TOTALS | $ 0.00 | $ 0.00 | |

☑ Restitution amount ordered pursuant to plea agreement  $ 500.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page 6 of 6

DEFENDANT: Rasha N. Abual-Ragheb
CASE NUMBER: CR 21-043 (CJN)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __510.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Elita C. Amato (amato.law@comcast.net), Michael Charles Liebman
(michael.liebman@usdoj.gov), Judge Carl J. Nichols (aaron_gyde@dcd.uscourts.gov,
chase_robinett@dcd.uscourts.gov, chashawn_white@dcd.uscourts.gov,
cjn_dcdecf@dcd.uscourts.gov, courtney_lesley@dcd.uscourts.gov,
jessica_joyce@dcd.uscourts.gov, justin_aimonetti@dcd.uscourts.gov,
marcus_bauer@dcd.uscourts.gov, zachary_enos@dcd.uscourts.gov)
--Non Case Participants: Michael Daniels (mdaniels5757@gmail.com), Joshua A. Gerstein
(jagalerts@yahoo.com), Jacqueline E. Thomsen (jathomsen@alm.com), KATELYN POLANTZ
(katelyn.polantz@cnn.com), Joseph R. Palazzolo (capitol.riot.alerts@gmail.com), Kyle
Cheney (kcheney@politico.com), Lawrence J. Hurley (sarah.n.lynch@thomsonreuters.com), Zoe
M. Tillman (zoe.tillman@buzzfeed.com), Marcy Wheeler (emptywheel@gmail.com), AUSA Document
Clerk (adavis@usa.doj.gov, carolyn.carter-mckinley@usdoj.gov,
usadc.criminaldocket@usdoj.gov, usadc.ecfhov@usdoj.gov), Pretrial Notification
(psadistrictcourtgroup@psa.gov), Probation Court Notices
(dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:7456731@dcd.uscourts.gov
Subject:Activity in Case 1:21-cr-00043-CJN USA v. ABUAL-RAGHEB Sentencing
Content-Type: text/html
```

## U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 11/24/2021 at 12:04 PM EDT and filed on 11/23/2021

**Case Name:**       USA v. ABUAL-RAGHEB
**Case Number:**     1:21-cr-00043-CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Carl J. Nichols: Video Sentencing held on 11/23/2021 as to RASHA N. ABUAL-RAGHEB (1). Count 4. Counts 1, 2, 3 Dismissed on motion by the Government. Defendant Sentenced to Thirty-Six (36) Months of Probation (with conditions). Defendant further Ordered to pay $500.00 Restitution and $10.00 Special Assessment. No fine imposed. Bond Status of Defendant: Defendant Sentenced to Probation; Court Reporter: Lorraine Herman; Defense Attorney: Elita Amato; US Attorney: Michael Liebman; Probation Officer: Sherry Baker. (zcal)**


**1:21-cr-00043-CJN-1 Notice has been electronically mailed to:**

Elita C. Amato     amato.law@comcast.net

Michael Charles Liebman     michael.liebman@usdoj.gov

**1:21-cr-00043-CJN-1 Notice will be delivered by other means to::**