# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3093**                    **September Term, 2023**

**1:21-cr-00043-CJN-1**

**Filed On: December 8, 2023** [2030608]

United States of America,

      Appellee

   v.

Rasha N. Abual-Ragheb, also known as
Rasha Abu,

      Appellant

### <u>M A N D A T E</u>

In accordance with the order of December 8, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Hannah N. Gorman
      Deputy Clerk

Link to the order filed December 8, 2023