# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 21-3093**  **September Term, 2023**

1:21-cr-00043-CJN-1

**Filed On:** December 8, 2023

United States of America,

    Appellee

    v.

Rasha N. Abual-Ragheb, also known as
Rasha Abu,

    Appellant

## O R D E R

Upon consideration of the motion for voluntary dismissal of appeal, and the declaration in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 35 (2021).

The Clerk is directed to issue the mandate forthwith.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                                    Hannah Gorman
                                    Deputy Clerk